1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CYNTHIA M. FREY (CABN 150571)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: cynthia.frey@usdoj.gov

8  Attorneys for Plaintiff

FILED
JUL 1 4 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK DANIEL ROMERO,<br><br>Defendant. | No. CR 11-70745 MEJ<br><br>STIPULATION AND [~~PROPOSED~~] ORDER WAIVING TIME FOR HEARING ON DETENTION AND EXCLUDING TIME FROM JULY 13, 2011 TO JULY 27, 2011 UNDER RULE 5.1 AND FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT |

The defendant, Frank Daniel Romero, represented by Douglas Rappaport, and the government, represented by Cynthia Frey, Assistant United States Attorney, appeared before the Honorable Timothy J. Bommer on July 13, 2011 for an initial appearance on a criminal complaint. The defendant asked that the matter be continued to July 27, 2011 for an identification of counsel and a detention hearing. The defendant also agreed to exclude time under the Federal Rule of Criminal Procedure 5.1 to hold a preliminary hearing, and under 18 U.S.C. § 3161, the Speedy Trial Act. The defendant also waived time under 18 U.S.C. §

STIPULATION AND [PROPOSED] ORDER
CR 11-70745 MEJ

1  3142(f)(2) within which to hold a detention hearing. The Court ordered the matter be continued
2  to July 12, 2011 for an identification of counsel and a detention hearing.
3      The defendant believes that good cause exists for excluding time under Rule 5.1 for a
4  preliminary hearing between July 13, 2011 and July 27, 2011 and for a continuance of the
5  detention hearing under 18 U.S.C. § 3142(f)(2). The parties also agreed that an exclusion of time
6  is appropriate under the Speedy Trial Act between July 13, 2011 and July 27, 2011 for purposes
7  of continuity of counsel and effective preparation of counsel, in order to provide defense counsel
8  with adequate time to review the discovery, conduct an investigation, and consult with the
9  defendant. In addition, the defendant agrees to exclude for this period of time any time limits
10 applicable under 18 U.S.C. § 3161. The parties represent that granting the continuance, in order
11 to provide defense counsel with adequate time to review the discovery, conduct additional
12 investigation, and consult with the defendant, is necessary for effective preparation, taking into
13 account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that
14 the ends of justice served by granting such a continuance outweigh the best interests of the public
15 and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).
16 SO STIPULATED:

18 DATED: July 14, 2011      /S/
    FRANK DANIEL ROMERO
19     Defendant

    MELINDA HAAG
21     United States Attorney

23 DATED: July 13, 2011      /S/
    CYNTHIA M. FREY
24     Assistant United States Attorney

26 DATED: July 13, 2011      /S/
    DOUGLAS RAPPAPORT
27     Attorney for FRANK DANIEL ROMERO

STIPULATION AND [PROPOSED] ORDER
CR 11-70745 MEJ     -2-

1      · Based upon the representation of counsel and for good cause shown, the Court also finds
2  that good cause exists, taking into account the public interest in the prompt disposition of
3  criminal cases, for excluding time under Rule 5.1 for a preliminary hearing between July 13,
4  2011 and July 27, 2011. The Court further finds that good cause exists for a continuance of the
5  detention hearing under 18 U.S.C. § 3142(f)(2) to July 27, 2011. The Court finds that failing to
6  exclude the time between July 13, 2011 and July 27, 2011 would unreasonably deny the
7  defendant and counsel the reasonable time necessary for effective preparation, taking into
8  account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds
9  that the ends of justice served by excluding the time between July 13, 2011 and July 27, 2011
10 from computation under the Speedy Trial Act outweigh the best interests of the public and the
11 defendant in a speedy trial.

    Therefore, IT IS HEREBY ORDERED that:

    (1)   time is appropriately excluded under Rule 5.1 between July 13, and July 27, 2011 within which to hold a preliminary hearing;

    (2)   the detention hearing is continued to July 27, 2011 pursuant to 18 U.S.C. § 3142(f)(2); and

    (3)   time is appropriately excluded under the time between July 13, 2011 and July 27, 2011 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

DATED: 7/14/11

HONORABLE TIMOTHY J. BOMMER
United States District Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR 11-70745 MEJ                          -3-